ACCEPTED
03-14-00525-CR
4462948
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:59:08 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00525-CR

| | | |
|---|---|---|
| ELIAS SHAWN BIHL | § | COURT OF APPEALS |
| | § | 3RD DISTRICT |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:59:08 PM
JEFFREY D. KYLE
Clerk

## Motion to Withdraw

**To the Honorable Justices of Said Court:**

Comes now, Justin S Mock, attorney of record for Elias Shawn Bihl, appellant in the above entitled and numbered appeal who files this motion to withdraw as appellant's attorney, and for such motion would respectfully show the Court the following:

Appellant's counsel has filed contemporaneously with this motion a brief in compliance with *Anders v. California*, 386 U.S. 738 (1967).

In accordance with the provisions of *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008), Movant requests that upon consideration of said brief, he/she be allowed to withdraw so that Appellant may file, if he/she so chooses, a pro se brief.

Wherefore, it is respectfully requested that the undersigned counsel be granted permission to with draw as attorney of record for Appellant.

Respectfully submitted,

/s/_Justin S Mock_____
Justin S Mock
State Bar No. 24064155
**Ellis & Mock,** PLLC
125 S. Irving Street
San Angelo, Texas 76903
(325) 486-9800
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the above and foregoing Appellant's Original Brief was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on March 11, 2015, on the following parties:


Mr. Jason Ferguson                        By Electronic Service
Office of Tom Green County District Attorney
124 West Beauregard Avenue
San Angelo, Texas 76903
Appellee


Mr. Elias Shawn Bihl                        By Mail
Inmate Number 01938565
TDCJ
McConnell Unit
3001 South Emily
Beeville, Texas 78102
Appellant


/s/ Justin S Mock_____
Justin S Mock